**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Chandler A. Parker, Esq. (State Bar No. 277902)**
**Martha E. Martinez, Esq. (State Bar No. 347967)**
**COLLINS + COLLINS LLP**
**790 E. Colorado Boulevard, Suite 600**
**Pasadena, CA 91101**
**(626) 243-1100 – FAX (626) 243-1111**
**Email: tguterres@ccllp.law**
**Email: cparker@ccllp.law**
**Email: mmartinez@ccllp.law**

Attorneys for Defendants
COUNTY OF LOS ANGELES

**Dan Stormer, Esq. [S.B. # 101967]**
**Morgan Ricketts, Esq. [S.B. #268892]**
**Rebecca Brown, Esq. [S.B. #336638]**
**HADSELL STORMER RENICK & DAI LLP**
**128 N. Fair Oaks Avenue**
**Pasadena, California 91103**
**Telephone: (626) 585-9600**
**Facsimile:  (626) 577-7079**
**Emails: mricketts@hadsellstormer.com**
**          rbrown@hadsellstormer.com**

Attorneys for Plaintiffs
TERESA GARCIA, RODOLFO GARCIA, and LEXY GARCIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

\ \ \

\ \ \

*26154*

1

**JOINT STATUS REPORT RE: STATUS OF SETTLEMENT**

TERESA GARCIA, individually and as surviving heir and successor in interest of ABEL GARCIA (deceased); RODOLFO GARCIA, individually and as surviving heir and successor in interest of ABEL GARCIA (deceased); and LEXY GARCIA, individually and as surviving heir and successor in interest of ABEL GARCIA (deceased),

Plaintiffs,

vs.

COUNTY OF LOS ANGELES; YASYMIN AKBAR-HOSSENI (#676802); DAVID VEGA (#619932); CUAUHTEMOC GONZALEZ (#487233); ANTONIO AREVALO (#516502); CHRISTIAN ARELLANO (#673802); EDWIN VEGA (#661954); RICHARD SIMMS (#676780); NICHOLAS RIVERO (#671325); ROBERT ARCHULETA (3646953); JERRY GALLEGOS (#662032); ROBERTO ORTIZ (#654202); ANDREW COAUETTE (#646188); IRINA SHINYAEVA (#603815); JOSEPH SALEHPOUR (#534584); GENE TAKASHIMA (#451030); JASON MARX (#488425) and DOES 1-20,

Defendants.

CASE NO. 2:24-cv-02492-ODW (BFM)
*Assigned to Hon. Otis D. Wright, II in Dept. 5D*

**JOINT STATUS REPORT RE: STATUS OF SETTLEMENT**

**Complaint Filed:** 3/26/2024
**Trial Date:** 12/9/2025

## TO THE HONORABLE COURT:

The Parties hereby submit this Joint Status Report regarding the Status of Settlement pursuant to this Court's Order. The Parties tentatively settled this lawsuit in its entirety on September 24, 2025, pending on approval by the Los Angeles County Claims Board ("Claims Board").

*26154*

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

2

On May 5, 2026, the Claims Board approved the settlement of this matter. Defendants are in the process of requesting a check from the auditor-controller. Upon receipt of the settlement check, Defendants will promptly forward the check to Plaintiffs. As it may take several weeks for a check, the Parties propose that the next status update be scheduled for August 5, 2026.

Respectfully submitted,

Dated: May 11, 2026            COLLINS + COLLINS LLP

By: _____
        MARTHA E. MARTINEZ
        TOMAS A. GUTERRES
        CHANDLER A. PARKER
        Attorneys for Defendants
        COUNTY OF LOS ANGELES

Dated: May 8, 2026             HADSELL STORMER RENICK & DAI LLP

                               /s/ Rebecca Brown
By: _____
        Morgan Ricketts
        Rebecca Brown
        Attorneys for Plaintiffs

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

26154

3

**JOINT STATUS REPORT RE: STATUS OF SETTLEMENT**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,            )
                                )  ss.
County of Los Angeles.          )

I am employed in the County of Los Angeles.  I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **JOINT STATUS REPORT RE: STATUS OF SETTLEMENT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **May 11, 2026**  at Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-------------------------------------------------------------------------------
VICKI WOOD
vwood@ccllp.law

*26154*

4

**JOINT STATUS REPORT RE: STATUS OF SETTLEMENT**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**TERESA GARCIA V. COUNTY OF LOS ANGELES**
**Case Number: 2:24-cv-02492-ODW (BFM)**
**CCLLP File Number: 26154**

<u>**SERVICE LIST**</u>

Dan Stormer
Brian D. Olney
Rebecca Brown
Morgan Ricketts
HADSELL STORMER RENICK AND DAI LLP
128 North Fair Oaks Avenue
Pasadena, CA  91103
T: (626) 585-9600 - F: (626) 577-7079
dstormer@hadsellstormer.com
bolney@hadsellstormer.com
rbrown@hadsellstormer.com
mricketts@hadsellstormer.com
tgalindo@hadsellstormer.com
avillegas@hadsellstormer.com
**ATTORNEYS FOR PLAINTIFFS, TERESA GARCIA, RODOLFO GARCIA, LEXY GARCIA, individually and as surviving heirs and successors in interest of ABEL GARCIA (deceased), RODOLFO GARCIA**

**COLLINS + COLLINS**LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

26154

5

**JOINT STATUS REPORT RE: STATUS OF SETTLEMENT**