**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA GARCIA, individually and as surviving heir and successor in interest of ABEL GARCIA (deceased); RODOLFO GARCIA, individually and as surviving heir and successor in interest of ABEL GARCIA (deceased); and LEXY GARCIA, individually and as surviving heir and successor in interest of ABEL GARCIA (deceased),<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF LOS ANGELES; YASYMIN AKBAR-HOSSENI (#676802); DAVID VEGA (#619932); CUAUHTEMOC GONZALEZ (#487233); ANTONIO AREVALO (#516502); CHRISTIAN ARELLANO (#673802); EDWIN VEGA (#661954); RICHARD SIMMS (#676780); NICHOLAS RIVERO (#671325); ROBERT ARCHULETA (3646953); JERRY GALLEGOS (#662032); ROBERTO ORTIZ (#654202); ANDREW COAUETTE (#646188); IRINA SHINYAEVA (#603815); JOSEPH SALEHPOUR (#534584); GENE TAKASHIMA (#451030); JASON MARX (#488425) and DOES 1-20.<br><br>            Defendants. | Case No.: 2:24-cv-02492-ODW (BFM)<br><br>[Assigned to the Honorable Otis D. Wright, II - Department 5D]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION**<br><br>*[Filed concurrently herewith: 1) Joint Stipulation to Dismiss Entire Action]*<br><br>Complaint Filed:    March 26, 2024<br>Final PTC Date:   November 17, 2025<br>Trial:          December 9, 2025 |

[PROP] ORDER GRANTING JOINT
STIP TO DISMISS ENTIRE ACTION

# [PROPOSED] ORDER

In consideration of the Parties' stipulation for dismissal with prejudice of this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Honorable Otis D. Wright
                                        United States District Court Judge

[PROP] ORDER GRANTING JOINT
STIP TO DISMISS ENTIRE ACTION                    -1-